# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

**CASE NO.: 8:19-cv-02157-TPB-AAS**

TATIANA MARCHE DENSON,

    Plaintiff,

vs.

PNC BANK, N.A.,

    Defendant.

_____/

## JOINT STIPULATION FOR FINAL DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear their own attorney's fees and costs.

| | |
|---|---|
| /s/ *Yechezkel Rodal* | /s/ *Joshua C. Prever* |
| Yechezkel Rodal Esq. | Joshua C. Prever, Esq. |
| Florida Bar No. 91210 | Florida Bar No. 10134 |
| chezky@rodallaw.com | joshua.prever@hklaw.com |
| Rodal Law, P.A. | HOLLAND & KNIGHT LLP |
| 5300 N.W. 33rd Ave., Suite 219 | 515 East Las Olas Boulevard, Suite 1200 |
| Fort Lauderdale, Florida 33309 | Fort Lauderdale, Flo 33301 |
| Telephone: (954) 367-5308 | Phone: (954) 525-1000 |
| | |
| *Counsel for Plaintiff, Tatiana M. Denson* | *Counsel for Defendant, PNC Bank N.A.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 6, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Joshua C. Prever, Esq.
HOLLAND & KNIGHT LLP
515 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: (954) 525-1000
Facsimile: (954) 463-2030
Email: Joshua.prever@hklaw.com

*Counsel for Defendant*

Service by CM/ECF

Rodal Law, P.A.
*Attorneys for Plaintiff*
5300 N.W. 33rd Ave., Suite 219
Fort Lauderdale, Florida 33309
Telephone: (954) 367-5308
Facsimile:  (954) 900-1208

*/s/Yechezkel Rodal*
Yechezkel Rodal, Esq.
Florida Bar No. 91210
chezky@rodallaw.com